UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KRISTOPHER ANDREW EARWOOD                                                              PLAINTIFF

V.                                                            CIVIL ACTION NO. 3:17-CV-691-DPJ-FKB

PELICIA HALL, ET AL.                                                                         DEFENDANTS

JUDGMENT

For the reasons stated in the Order entered in this cause on this date, the Court finds this action should be dismissed for failure to prosecute and failure to comply with Court orders.

**SO ORDERED AND ADJUDGED** this the 7th day of September, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE